# EXHIBIT 1



# OKLAHOMA STATE COURTS NETWORK

The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

**+   Track Case**

## IN THE DISTRICT COURT IN AND FOR <u>GARFIELD COUNTY</u>, OKLAHOMA

| | |
|---|---|
| Aarna Hotels Group LLC, an Oklahoma limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>AXIS INSURANCE COMPANY, a foreign corporation; SOFIA HAMIRANI, individually,<br>THE LIBERTY COMPANY INUSRANCE BROKERS, LLC itself and d/b/a TEXAS COMMERCIAL AGENCY,<br><br>A foreign limited liability company.<br><br>Defendants. | **No. CJ-2026-186**<br>**(Civil relief more than $10,000: BREACH OF AGREEMENT - CONTRACT)**<br><br>Filed: 06/03/2026<br><br>Judge: Woodward, Paul K |

# PARTIES

AARNA HOTELS GROUP, LLC, Plaintiff
Axis Insurance Company, Defendant
HAMIRANI,  SOFIA, Defendant
THE LIBERTY COMPANY INSURANCE BROKERS, LLC, Defendant

# ATTORNEYS

| **Attorney** | **Represented Parties** |
|---|---|
| CLAYPOLE,  CLINT  A (Bar #30045)<br>PO Box 3623<br>Enid, OK 73702 | AARNA HOTELS GROUP, LLC, |

# EVENTS

Get Text Reminders

None

# ISSUES

For cases filed before 1/1/2000, ancillary issues may not appear except in the docket.

**Issue # 1.**    Issue: BREACH OF AGREEMENT - CONTRACT (CONTRACT)
Filed By: AARNA HOTELS GROUP, LLC
Filed Date: 06/03/2026

| Party Name | Disposition Information |
|---|---|
| **Defendant:** Axis Insurance Company | |
| **Defendant:** THE LIBERTY COMPANY INSURANCE BROKERS, LLC | |
| **Defendant:** HAMIRANI, SOFIA | |

# DOCKET

| Date | Code | Description | |
|---|---|---|---|
| 06-03-2026 | [ TEXT ] | | #1 |
| | | CIVIL RELIEF MORE THAN $10,000 INITIAL FILING. | |
| 06-03-2026 | [ CONTRACT ] | | |
| | | BREACH OF AGREEMENT - CONTRACT | |
| 06-03-2026 | [ DMFE ] | | $ 7.00 |
| | | DISPUTE MEDIATION FEE | |
| 06-03-2026 | [ PFE1 ] | | $ 163.00 |
| | | PETITION | |
| | | Document Available (#1065669679) 🗋TIFF   📄PDF | |
| 06-03-2026 | [ PFE7 ] | | $ 6.00 |
| | | LAW LIBRARY FEE | |
| 06-03-2026 | [ OCISR ] | | $ 25.00 |
| | | OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND | |
| 06-03-2026 | [ OCJC ] | | $ 1.55 |
| | | OKLAHOMA COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND | |
| 06-03-2026 | [ OCASA ] | | $ 10.00 |
| | | OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES | |
| 06-03-2026 | [ SSFCHSCPC ] | | $ 10.00 |
| | | SHERIFF'S SERVICE FEE FOR COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | |
| 06-03-2026 | [ CCADMINCSF ] | | $ 1.00 |
| | | COURT CLERK ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | |

| | |
|---|---:|
| **06-03-2026** **[ CCADMIN0155 ]** | $ 0.16 |
| COURT CLERK ADMINISTRATIVE FEE ON $1.55 COLLECTION | |
| **06-03-2026** **[ SJFIS ]** | $ 0.45 |
| STATE JUDICIAL REVOLVING FUND - INTERPRETER AND TRANSLATOR SERVICES | |
| **06-03-2026** **[ DCADMIN155 ]** | $ 0.23 |
| DISTRICT COURT ADMINISTRATIVE FEE ON $1.55 COLLECTIONS | |
| **06-03-2026** **[ DCADMINCSF ]** | $ 1.50 |
| DISTRICT COURT ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | |
| **06-03-2026** **[ CCRMPF ]** | $ 10.00 |
| COURT CLERK'S RECORDS MANAGEMENT AND PRESERVATION FEE | |
| **06-03-2026** **[ DCADMIN10 ]** | $ 1.50 |
| DISTRICT COURT ADMIN FEE FOR $10 COLLECTION | |
| **06-03-2026** **[ CCADMIN10 ]** | $ 1.00 |
| COURT CLERK ADMIN FEE FOR $10 COLLECTION | |
| **06-03-2026** **[ LTF ]** | $ 10.00 |
| LENGTHY TRIAL FUND | |
| **06-03-2026** **[ TEXT ]** | |
| OCIS HAS AUTOMATICALLY ASSIGNED JUDGE WOODWARD, PAUL K TO THIS CASE. | |

**06-03-2026** **[ ACCOUNT ]**

RECEIPT # 2026-609418 ON 06/03/2026.
PAYOR: LONG, CLAYPOLE AND BLANKEY LAW TOTAL AMOUNT PAID: $ 248.39.
LINE ITEMS:
CJ-2026-186: $163.00 ON AC01 CLERK FEES.
CJ-2026-186: $6.00 ON AC23 LAW LIBRARY FEE CIVIL AND CRIMINAL.
CJ-2026-186: $2.16 ON AC31 COURT CLERK REVOLVING FUND.
CJ-2026-186: $10.00 ON AC58 OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES.
CJ-2026-186: $1.55 ON AC59 COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND.
CJ-2026-186: $7.00 ON AC64 DISPUTE MEDIATION FEES CIVIL ONLY.
CJ-2026-186: $0.45 ON AC65 STATE JUDICIAL REVOLVING FUND, INTERPRETER SVCS.
CJ-2026-186: $3.23 ON AC67 DISTRICT COURT REVOLVING FUND.
CJ-2026-186: $25.00 ON AC79 OCIS REVOLVING FUND.
CJ-2026-186: $10.00 ON AC81 LENGTHY TRIAL FUND.
CJ-2026-186: $10.00 ON AC88 SHERIFF'S SERVICE FEE FOR COURT HOUSE SECURITY.
CJ-2026-186: $10.00 ON AC89 COURT CLERK'S RECORDS MANAGEMENT AND PRESERVATION FEE.

| | |
|---|---:|
| **06-05-2026** **[ SMF ]** | $ 30.00 |
| SUMMONS FEE X3 <br> Document Available (#1065669741) TIFF   PDF | |
| **06-05-2026** **[ SMIP ]** | |
| SUMMONS ISSUED - PRIVATE PROCESS SERVER <br> Document Available (#1065669816) TIFF   PDF | |
| **06-05-2026** **[ SMIP ]** | |
| SUMMONS ISSUED - PRIVATE PROCESS SERVER <br> Document Available (#1065669812) TIFF   PDF | |

**06-05-2026  [ ACCOUNT ]**

RECEIPT # 2026-609524 ON 06/05/2026.

PAYOR: LONG CLAYPOLE BLAKLEY TOTAL AMOUNT PAID: $ 30.00.

LINE ITEMS:

CJ-2026-186: $30.00 ON AC01 CLERK FEES.

**06-10-2026  [ RET ]**

RETURN-CERTIFIED MAILING, SIGNED BY PEGGY KEELY 06/08/2026

Document Available (#1065736741) TIFF    PDF

**07-09-2026  [ A ]**

ANSWER

Document Available (#1066154059) TIFF    PDF